El Juez Presidente Sr. Hernández no intervino en la resolución de este caso.

---

El Pueblo, Demandante y Apelado, *v.* Cisco, Acusado y Apelante.

Apelación procedente de la Corte de Distrito de Aguadilla en causa por delito de infracción a la Ley de Pesas y Medidas.

No. 1175.—Resuelto en julio 17, 1917.

Resuelto por los fundamentos de la opinión emitida en el caso No. 1171, *El Pueblo* v. *Beauchamps*, p. 602.

Abogado del apelante: *Sr. José D. Rodríguez.*
Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

> *Revocada la sentencia apelada y absuelto el acusado.*

Jueces concurrentes: Sres. Asociados Wolf, del Toro Aldrey y Hutchison.

El Juez Presidente Sr. Hernández, no intervino en la resolución de este caso.